IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TONY THOMPSON,<br><br>        Plaintiff,<br><br>   v.<br><br>THE BOARD OF PARDONS AND PAROLE STATE OF GEORGIA, et al.,<br><br>        Defendants. | CIVIL ACTION NO.: 6:21-cv-84 |

**O R D E R**

This matter is before the Court on Plaintiff's Motion for Reconsideration. Doc. 14. Plaintiff asks this Court to reconsider its ruling dismissing Plaintiff's Complaint under the three strikes provision of the Prison Litigation Reform Act ("PLRA"). Id. However, Plaintiff also filed a notice of appeal, appealing the Court's Order dismissing his case and the subsequently entered judgment. In general, the filing of a notice of appeal divests the district court of jurisdiction "over those aspects of the case involved in the appeal." Thompson v. RelationServe Media, Inc., 610 F.3d 628, 638 n.14 (11th Cir. 2010). Plaintiff's Motion for Reconsideration involves the same issues as the appeal—whether dismissal under the PLRA's three strike provision was proper. Thus, the Court lacks jurisdiction to rule on Plaintiff's Motion for Reconsideration. Accordingly, the Court **DENIES** Plaintiff's Motion for Reconsideration.

**SO ORDERED**, this 9th day of June, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA